29060.   WOFFORD *v.* THE STATE.

GARDNER, J.   It would serve no good purpose to relate the evidence in this case. It overwhelmingly supported the judgment and the judge did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 6, 1941.

*James R. Venable, Frank A. Bowers, B. J. Dantone,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.